# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE JOSEPH DUNLAP,<br><br>    Petitioner,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Respondent. | Case No. 5:24-cv-01384-SB-AGR<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

   Petitioner Jermaine Joseph Dunlap filed a pro se habeas petition on June 6, 2024, in the Southern District of California. Dkt. No. 1. Petitioner did not pay the required filing fee or submit a request to proceed in forma pauperis (IFP). The case was then transferred to this Court, Dkt. No. 2, and on July 3 the clerk's office directed Petitioner to either pay the fee or submit an IFP request within 30 days, noting that failure to do so could result in dismissal, Dkt. No. 4. After the deadline passed, on August 16, the Court issued an order to show cause requiring Petitioner to pay the filing fee or file an IFP request by September 6, warning that failure to do would result in dismissal of the case without prejudice. Dkt. No. 6. After Petitioner notified the Court that he could not file a request by that date, the Court extended the deadline to September 20. Dkt. No. 10. Petitioner filed an IFP request on September 10, which showed he had sufficient funds to pay the filing fee. Dkt. No. 12. Accordingly, on September 17, the Court denied the request, ordering Petitioner to pay the filing fee by October 17 and warning him that failing to do so would result in dismissal of this case. Dkt. No. 13.

   The October 17 deadline has passed, and Plaintiff has failed to pay the filing fee. The Court therefore dismisses the case in its entirety without prejudice.

Date: November 12, 2024

                                              _____
                                              Stanley Blumenfeld, Jr.
                                              United States District Judge